**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:                                                                    Chapter 11

**FMTB BH LLC**,                                            Case Nos.:  18-42228-cec

                                            Debtors.

-----------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF 341(a) MEETING

**PLEASE TAKE NOTICE**, that the 341(a) meeting of creditors scheduled for **June 4, 2018 at 4:00 p.m.** is adjourned to **June 6, 2018 at 1:00 p.m.** and will take place at 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York, 11201.

**DATED:**   New York, New York
                  May 4, 2018

                                            **ROBINSON BROG LEINWAND GREENE**
                                                 **GENOVESE & GLUCK P.C.**
                                            **Proposed Attorneys for Debtor**
                                            875 Third Avenue, 9th Floor
                                            New York, New York 10022
                                            Tel. No.:  212-603-6300

                                            **By: /s/ Fred B. Ringel**
                                                 **Fred B. Ringel**