**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                                                  Chapter 11

**FMTB BH LLC,**                                                        Case No: 18-42228-cec

                            Debtor.
-----------------------------------------------------------X

### ORDER EXTENDING EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES WITH RESPECT THERETO AND FOR RELATED RELIEF

**UPON** the motion dated August 17, 2018 (the "Motion") of FMTB BH LLC (the "Debtor"), the debtor and debtor in possession herein seeking the entry of an order pursuant to section 1121 of Title 11 of the United States Code (the "Bankruptcy Code"): (i) extending the Debtor's exclusive right to file a plan of reorganization through and including **December 19, 2018;** and (ii) in the event that the Debtor files a plan of reorganization on or prior to that date, extending the Debtor's right to solicit acceptances with respect thereto through and including **February 19, 2019**; and a hearing on the Motion having come to be heard on September 12, 2018; and Robinson Brog Leinwand Greene Genovese & Gluck P.C. appearing for the Debtor; and such other parties whose identities are reflected in the record of the hearing having been heard with respect thereto; and it appearing that due and sufficient cause appearing therefor, it is:

**ORDERED**, that the Debtor's exclusive right to file a plan of reorganization pursuant to section 1121 of the Bankruptcy Code is extended through and including December 19, 2018 (the "Exclusivity Period"); and it is further

{00951405.DOC;1 }561746

**ORDERED**, that in the event that the Debtor files a plan of reorganization within the time set forth in the preceding paragraphs, then the Debtor's exclusive right to solicit acceptances with respect thereto pursuant to §1121(c)(3) of the Bankruptcy Code is extended to February 19, 2019 (the "Acceptance Period"); and it is further

**ORDERED**, that the entry of this order is without prejudice to the Debtor's right to seek additional extensions of the Exclusivity Period and Acceptance Period pursuant to §1121 of the Bankruptcy Code.



**Dated: Brooklyn, New York**
**September 24, 2018**

{00951405.DOC;1 }2

_/s/ Carla E. Craig_
**Carla E. Craig**
**United States Bankruptcy Judge**