United States Bankruptcy Court
Eastern District of New York

In re:                                                       Case No. 18-42228-cec
FMTB BH LLC                                     Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: mmendieta           Page 1 of 1               Date Rcvd: Oct 01, 2018
                                Form ID: 295              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db           +FMTB BH LLC,   1335 50 Street,   Suite 2G,    Brooklyn, NY 11219-6504
aty           +Robinson Brog Leinwand Greene Genovese & Gluck P.C.,   875 Third Avenue,
                 New York, NY 10022-6225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
           Brian J. Markowitz    on behalf of Defendant    1988 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Creditor    1143 FOREST AVENUE LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Creditor    700 BECK STREET LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Defendant    1974 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Creditor    1821 TOPPING AVENUE LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Defendant    1821 TOPPING AVENUE LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Creditor    1974 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Defendant    1143 FOREST AVENUE LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Defendant    700 BECK STREET LLC bmarkowitz@goldsteinhall.com
           Brian J. Markowitz    on behalf of Creditor    1988 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
           Daniel Robert Goldenberg    on behalf of Counter-Claimant    1974 MORRIS AVENUE LLC
            dgoldenberg@goldsteinhall.com
           Daniel Robert Goldenberg    on behalf of Counter-Claimant    700 BECK STREET LLC
            dgoldenberg@goldsteinhall.com
           Daniel Robert Goldenberg    on behalf of Counter-Claimant    1143 FOREST AVENUE LLC
            dgoldenberg@goldsteinhall.com
           Daniel Robert Goldenberg    on behalf of Counter-Claimant    1821 TOPPING AVENUE LLC
            dgoldenberg@goldsteinhall.com
           Daniel Robert Goldenberg    on behalf of Counter-Claimant    1988 MORRIS AVENUE LLC
            dgoldenberg@goldsteinhall.com
           Fred B. Ringel    on behalf of Plaintiff    FMTB BH LLC fbr@robinsonbrog.com,
            cy@robinsonbrog.com;nfm@robinsonbrog.com
           Fred B. Ringel    on behalf of Debtor    FMTB BH LLC fbr@robinsonbrog.com,
            cy@robinsonbrog.com;nfm@robinsonbrog.com
           Lawrence S. Hirsh    on behalf of Plaintiff    FMTB BH LLC lhirsh@robinsonbrog.com,
            paralegals@robinsonbrog.com
           Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                  TOTAL: 19

**Information to identify the case:**

Debtor: **FMTB BH LLC**
Name

EIN **82–5042433**

United States Bankruptcy Court **Eastern District of New York**

Case number: **1–18–42228–cec**

Date case filed for chapter **11  4/23/18**

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 9/12/18 was filed on 9/28/18.

The following deadlines apply:

The parties have until October 5, 2018 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is October 19, 2018.

If a Transcript Redaction Request is filed, the redacted transcript is due October 29, 2018.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 27, 2018, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber TypeWrite at 518–581–8973 or you may view the document at the public terminal at the Office of the Clerk.

Dated: October 1, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]