**ROBINSON BROG LEINWAND GREENE**
  **GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Tel: 212-603-6301
*Attorneys for the Debtor and Debtor in Possession*

<u>**Hearing Date and Time:**</u>
**September 23, 2020 at 3:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                                   Chapter 11

**FMTB BH LLC,**                                           Case No:  18-42228-cec

                        Debtor.
-----------------------------------------------------------X

### NOTICE OF DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND RULE 6006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING THE DEBTOR TO ASSUME EXECUTORY CONTRACTS AND GRANTING RELATED RELIEF

     **PLEASE TAKE NOTICE,** that upon the annexed motion of FMTB BH LLC (the

"Debtor"), by its counsel, Robinson Brog Leinwand Greene Genovese & Gluck P.C., dated

September 9, 2020, a hearing (the "Hearing") will be held before Honorable Carla E. Craig,

Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of

New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on September 23, 2020 at

3:00 p.m., or as soon thereafter as counsel can be heard, for entry of an order authorizing the

Debtor to assume executory contracts and for related relief.

     **PLEASE TAKE FURTHER NOTICE,** that responses, if any, to the relief sought in the

motion, must be in writing setting forth the facts and authorities upon which a response is based,

filed with the Clerk of the Court, United States Bankruptcy Court, 271-C Cadman Plaza East,

Brooklyn, New York 11201, with a copy to Chambers, provided, however, that pursuant to

{01070335.DOCX;2 }

general order No. M-559 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file responses (formatted with Adobe Acrobat, rider 3.0) at http://www. nyeb.uscourts.gov., and serve so as to be received by the attorneys for the Debtor, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, New York 10022, Attention: Fred B. Ringel., no later than seven (7) days prior to the hearing (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE,** that if no responses are timely filed and served with respect to the motion, the Debtor may, on or after the Response Deadline, submit to the Court an order substantially in the form of the proposed order annexed to the motion, which order may be entered with no further notice or opportunity to be heard.

**DATED:**      New York, New York
            September 9, 2020

                                      **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
                                        **Attorneys for the Debtor**
                                        875 Third Avenue
                                        New York, New York 10022
                                        (212) 603-6300

                                        **By: /s/ Fred B. Ringel**
                                            **Fred B. Ringel**