

Client Focused. Results Driven.

Brian J. Markowitz
(646) 768-4127
bmarkowitz@GoldsteinHall.com

October 23, 2020

**Via Email**
**Robinson Brog Leinwand Greene**
**|Genovese & Gluck P.C.**
875 Third Ave.
9th Floor
New York, NY 10022
Attn:   Fred Ringel -- Fbr@robinsonbrog.com
Lawrence S. Hirsh -- lhirsh@robinsonbrog.com
Clement Yee -- cy@robinsonbrog.com

**Stahl & Zelmanovitz**
747 Third Avenue, Suite 33B
New York, NY 10017
Attn:   Joseph Zelmanovitz -- jzelmanovitz@szlawllp.com
Abraham Neuhaus -- abeneuhausesq@gmail.com

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014 -- USTPRegion02.BR.ECF@usdoj.gov

Re:   FMTB BH LLC, Debtor 18-42228

Counsel:

Please be advised that the Court has scheduled a hearing on Defendants' Order to Show Cause for a Stay pending appeal, on Thursday October 29, 2020 at 12:00 p.m. Any responses to this Order to Show Cause must be submitted by October 28, 2020 at 12:00 p.m.  The hearing will be held telephonically

Very truly yours,

Brian J. Markowitz

Goldstein Hall PLLC | fax: 646.219.2450 | info@goldsteinhall.com | www.goldsteinhall.com

**New York City**               **Albany**                    **New Rochelle**              **Washington, D.C.**
80 Broad Street, Suite 303      90 State Street, Suite 700    271 North Avenue, Suite 310   2201 Wisconsin Ave, NW, Suite 200
New York, NY 10004              Albany, NY 12207             New Rochelle, NY 10801        Washington, D.C. 20007
646.768.4100                    518.992.3245                 914.380.8793                  202.656.6136